UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 06-358 (JRT/JJG) |
| Plaintiff, | |
| | **ORDER ADOPTING** |
| v. | **REPORT AND RECOMMENDATION** |
| | **OF MAGISTRATE JUDGE** |
| RALPH WILLIAM OLSON, | |
| Defendant. | |

_____

Ann M. Anaya, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for plaintiff.

Reynaldo A. Aligada, Jr., Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the undersigned upon the report and recommendation of United States Magistrate Judge Jeanne J. Graham. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** Olson's motion to suppress statements [Docket No. 16] is **DENIED.**

DATED: February 19, 2008
at Minneapolis, Minnesota.

                                                                         s/John R. Tunheim
                                                                          JOHN R. TUNHEIM
                                                         United States District Judge